UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SZEN CORP., a Washington corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>DUSTIN ANDERSON, et al.,<br><br>        Defendants. | No. CV-06-5073-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court based upon the "Motion to Enter Stipulated Protective Order"; Now, therefore

**IT IS HEREBY ORDERED:**

The "Motion to Enter Stipulated Protective Order" (**Ct. Rec. 25**) is granted.  The Court adopts the proposed protective order that is attached to the stipulated motion.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___14th___ day of December, 2006.

                                  s/ Fred Van Sickle
                                  Fred Van Sickle
                     United States District Judge

ORDER - 1